UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
APR 1 0 2019
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 2-19-00003 |
| v. | ) | |
| HEATHER L. MARKS | ) | |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through Donald Q. Cochran, United States Attorney, and Scott Armstrong, Director, Department of Justice, hereby moves this Court to seal the Indictment in this case. Defendant is a registered nurse who has been indicted for violating Title 21, United States Code, Section 841(a)(1).

The underlying investigation is part of a larger, multi-jurisdictional prosecution by the Department of Justice and the results of several more similar investigations are expected to be presented to the grand jury for indictment within the next week. Defendant has not been arrested. Therefore, in order to ensure that defendant does not attempt to flee or destroy evidence, and to ensure the safety of the officers involved in the arrest of defendant, the United States respectfully requests the Court order that the indictment in this case be sealed until the time of defendant's arrest. A proposed Order granting this Motion is attached.

(continued . . . .)

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

/s/
Scott Armstrong
Director, Department of Justice
Fraud Section
110 Ninth Avenue South, Suite A961
Nashville, Tennessee 37203-3870
Telephone: (202) 355-5704
scott.armstrong@usdoj.gov

Date: April 10, 2019